**FILED**
Statesville, NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

APR – 8 2026

Clerk, US District Court
Western District of NC

_____ Division

)  Case No.  5:26-CV-83-SCR
)           _____
Jesse James See Attached  )           *(to be filled in by the Clerk's Office)*
                            )
*Plaintiff(s)*              )
*(Write the full name of each plaintiff who is filing this complaint.* )  Jury Trial: *(check one)*  ☒ Yes  ☐ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
                            )
          -v-               )
                            )
                            )
                            )
                            )
South Shore Hospital See Attached )
                            )
*Defendant(s)*              )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jesse James See Attached |
| Street Address | 245 Independence Rd Apt 10 |
| City and County | Sparta Alleghany County |
| State and Zip Code | North Carolina 28675 |
| Telephone Number | 336-200-4569 |
| E-mail Address | None |

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name — SOUTH SHORE HOSPITAL INC

Job or Title (if known) — HOSPITAL

Street Address — 55 FOSS RD

City and County — SO WEYMOUTH / NORFOLK COUNTY

State and Zip Code — MASSACHUSETTS 02190

Telephone Number —

E-mail Address (if known) —

Defendant No. 2

Name — SOUTH SHORE HEALTH

Job or Title (if known) — C.EO OR ALLEN SMITH

Street Address — 55 FOSS RD

City and County — SO WEYMOUTH / NORFOLK COUNTY

State and Zip Code — MASSACHUSETTS 02190

Telephone Number —

E-mail Address (if known) — NOT KNOWN

Defendant No. 3

Name — ROBERT G. MERRIFIELD

Job or Title (if known) — N/A HUB PEW ?

Street Address — 51 BROWNING ST

City and County — WEYMOUTH / NORFOLK COUNTY

State and Zip Code — MASSACHUSETTS, 02188

Telephone Number — 781 - 340 - 5706

E-mail Address (if known) — UNKNOWN

Defendant No. 4

Name — ELIZABETH MERRIFIELD

Job or Title (if known) — N/A

Street Address — 51 BROWNING ST /

City and County — WEYMOUTH / NORFOLK COUNTY

State and Zip Code — MASSACHUSETTS 02188

Telephone Number — 781 - 340 - 5706

E-mail Address (if known) — N/A

PLAINTIFF ATTACHMENT 1
Snotzie's Place INTERNATIONAL INC
MERRIFIELD MISSION INC  v.
DEFENDANTS ATTACHMENT 1
South Shore HEALTH
C.EO DR Allen Smith
DR "JOHN DOE" DEFENDANTS

*Lisa James*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question | 1983 ??      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 1983 - 55 14th AMENDMENT
18 USC 2340·A PART 1
~~"FALSE IMPRISONMENT"~~

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* JESSE JAMES FKA , is a citizen of the State of *(name)* NORTH CAROLINA .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* Shotziespruce INTERNATIONALLLC, is incorporated under the laws of the State of *(name)* NORTH CAROLINA ,

   and has its principal place of business in the State of *(name)*

   NORTH CAROLINA SEE ATTACHED

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

  b.  If the defendant is a corporation

    The defendant, *(name)* South Shore Hospital Inc , is incorporated under
    the laws of the State of *(name)* MASSACHUSETTS , and has its
    principal place of business in the State of *(name)* MASSACHUSETTS .
    Or is incorporated under the laws of *(foreign nation)* N/A ,
    and has its principal place of business in *(name)* N/A .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    PRAYD FOR AMOUNT 100 MILLION DOLLARS
    VIOLATIONS OF CIVIL RIGHTS 42-1983 14 8TH
    AMENDMENT VIOLATIONS MEDICAL MAL PRACTICE DANGER AREA

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

  JESSE JAMES LOSS OF LIBERTY MASSACHUSETTS 12A ILLEGAL!
  SHOTZIE'S PLACE INTERNATIONAL INC DONATIONS DRIED UP!
  MERRIFI ELD MISSION INC DONATIONS DRIED UP!

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

  OF DEFENDANT ROBERT GLENN MERRIFIELD
  EXECUTOR OF MY MOMS ESTATE REPAYMENT
  FOR HOUSING, EMPLOYMENT, MEDICAL CARE
  AND VALUE OF MY PERSONAL PROPERTY DISPOSED
  OF BY HIM! 500,000



# NORTH CAROLINA
## Department of the Secretary of State

To all whom these presents shall come, Greetings:

I, ELAINE F. MARSHALL, Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

## ARTICLES OF INCORPORATION

## OF

## SHOTZIE'S PLACE INTERNATIONAL INC

the original of which was filed in this office on the 30th da









Scan to verify online.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 30th day of

*Elaine F. Marshall*

**Secretary of State**

Certification# C202412002668-1  Reference# C202412002668-1  Page: 1 of 5
Verify this certificate online at https://www.sosnc.gov/verification

2ND FORMAL REQUEST
FOR All RECORDS F.O.I.A.
All LOCAL, STATE, FEDERAL
LAW ENFORCEMENT AND GOVERNMENT
AGENCIES
Re: JESSE JAMES / F.KA MARK R MERRIFIELD
... 1643
All "AGENCIES" NORWell MASSACHUSETTS
POLICE DPT, SOUTH SHORE HEALTH (HOSPITAL)
HOSPITAL FOR BEHAVIORAL MEDICINE
WORCESTER, MA (SPECIFICALLY) NOW!!
I AM IN FACT A VICTIM IN THE "SOBER
HOME" FRAUD SCHEME / MASSACHUSETTS
I.E DANIEL CLESSET, NICHOLAS ESPINOSA
ET AL FOR WHICH I INTEND TO TAKE LEGAL
ACTION! JESSE JAMES F.K.A ·-
        SHOTZIE'S PLACE INTERNATIONAL INC
        V.
     COMMONWEALTH OF MASSACHUSETTS
     GOVERNOR MAURA T. HEALEY ET AL

SEND RECORDS TO: JESSE JAMES FKA MARK R.
        MERRIFIELD P.O BOX 116 SPARTA, N.C
     28675 NOW! PLEASE!
        " MASSACHUSETTS LITERALLY "STOLE"
        30 YEARS OF MY LIFE.



# NORTH CAROLINA
## Department of the Secretary of State

To all whom these presents shall come, Greetings:

I, ELAINE F. MARSHALL, Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

## ARTICLES OF INCORPORATION

## OF

## MERRIFIELD MISSION INC

the original of which was filed in this office on the 13th day of June, 2024.





Scan to verify online.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 17th day of March, 2026.

*Elaine F. Marshall*

Secretary of State

Certification# C202413702733-1  Reference# C202413702733-1  Page: 1 of 5
Verify this certificate online at https://www.sosnc.gov/verification